DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

BONDSHU v. BONDSHU

No. 66 PC.

Case below: 28 N.C. App. 411.

Petition for discretionary review under G.S. 7A-31 denied 2 March 1976.

EQUIPMENT CO. v. DeBRUHL

No. 42 PC.

Case below: 28 N.C. App. 330.

Petition for discretionary review under G.S. 7A-31 denied 2 March 1976.

IN RE ADAMEE

No. 43 PC.

Case below: 28 N.C. App. 229.

Petition for discretionary review under G.S. 7A-31 allowed 2 March 1976.

LEA v. DUDLEY

No. 60 PC.

Case below: 28 N.C. App. 281.

Petition for discretionary review under G.S. 7A-31 denied 2 March 1976.

MOORE v. GAS CO.

No. 54 PC.

Case below: 28 N.C. App. 333.

Petition for discretionary review under G.S. 7A-31 denied 2 March 1976.